# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 14, 2011

No. 10-20792

Lyle W. Cayce
Clerk

THOMAS CHAVERS; SANDRA PORTZER; ALL AMERICAN
ROADRUNNERS L.P.; BRAZOS VALLEY ROADRUNNERS L.P.; BRAZOS
VALLEY CARRIAGE COMPANY L.P.,

Plaintiffs–Appellants

v.

TYRONE MORROW; CITY OF BRYAN, TEXAS; CITY OF COLLEGE
STATION, TEXAS; BRAZOS COUNTY, TEXAS; MICHAEL IKNER; MR.
GLEN BROWN; CHRISTOPHER KIRK; DAVID WATKINS; SCOTT HINES;
KARLA WIESEPAPE; RACHEL FALWELL; WALTERS SAYERS; PETER
GLIDEWELL; RANDALL HALL; JEFFREY WINNEY,

Defendants–Appellees

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-3286

Before SMITH, PRADO, and ELROD, Circuit Judges.

PER CURIAM:[*]

After having reviewed the record, studied the briefs, and heard argument, we AFFIRM the judgment of the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.